UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD E. THIBODEAU,

    Plaintiff,

v.    Case No: 8:07-cv-2060-T-27TBM

MICHAEL J. ASTRUE, Commissioner of the
United States Social Security Administration,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 18) recommending that the decision of the Commissioner be affirmed. Neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 18) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    The decision of the Commissioner is affirmed.

    3)    The clerk is directed to enter final judgment in favor of the Commissioner pursuant to 42 U.S.C. § 405(g) and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).

4) The Clerk is directed to deny all pending motions as moot and CLOSE this case.

**DONE AND ORDERED** in Tampa, Florida, on this 3rd day of March, 2009.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record